## Carolyn ARNETT *v.* STATE of Arkansas

CR 99-1442                                    8 S.W.3d 34

Supreme Court of Arkansas
Opinion delivered January 20, 2000

*Wright & VanNoy*, by: *Herbert T. Wright, Jr.*, for appellant.

No response.

PER CURIAM. Carolyn Arnett, by her attorney, has filed a motion for rule on the clerk.

Her attorney, Herbert T. Wright, Jr., admits in his motion that the record was tendered late due to a mistake on his part.

We find that an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion for rule on the clerk is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.